1  TORIN A. DORROS, SBN 191228
   tdorros@dorroslaw.com
2  **DORROS LAW**
   11766 Wilshire Boulevard, Suite 1170
3  Los Angeles, California 90025
   Telephone: (310) 997-2050
4  Facsimile: (310) 496-1320

5

6  D. JUSTIN HARELIK, SBN 236710
   Justin@westgatelaw.com
7  MATTHEW A ROSENTHAL, SBN 279334
   matt@westgatelaw.com
8  **WESTGATE LAW**
   15760 Ventura Boulevard, Suite 1100
9  Encino, California 91436
   Telephone: (818) 200-1495
10 Facsimile: (818) 574-6022

11 *Attorneys for Plaintiffs*,
   *CHRISTLYN MCKAY, RONALD E. ROGERS, JR.,*
12 *and CANDACE HOLLINGER-ROGERS*

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15 CHRISTLYN MCKAY, RONALD E.           Case No.:   2:15-cv-06256-CBM-AJW
   ROGERS, JR., and CANDACE             Judge:      Consuelo B. Marshall
16 HOLLINGER-ROGERS, each               _____
   individually and each upon behalf of
17 those similarly situated,            [~~PROPOSED~~]  JS-6

18        Plaintiff,                    **ORDER DISMISSING ENTIRE
                                        ACTION WITH PREJUDICE**
19        vs.
                                        Complaint Filed:  August 17, 2015
20 JPMORGAN CHASE BANK, N.A.,
   CHASE AUTO FINANCE, KEY
21 AUTO RECOVERY, and DOES 1
   through 10,
22
          Defendants.
23

24

25        The parties, having filed a stipulation agreeing to dismiss the entire action, with

26 prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

27 ///

28

                                          1
   **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

1     IT IS HEREBY ORDERED:

2     1.     This action is dismissed in its entirety, with prejudice; and

3     2.     Each party shall bear his/her/its own costs of suit and attorneys' fees.

Dated: OCTOBER 25, 2016

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

2
**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**